# IN THE SUPREME COURT OF THE STATE OF NEVADA

TROPICAL & LOSEE, LLC, A NEVADA LIMITED LIABILITY COMPANY; DAVID E. CROWE, AN INDIVIDUAL, FOR HIMSELF AND DERIVATIVELY ON BEHALF OF J. MCDONALD CO., INC., A NEVADA CORPORATION; AND FLETCHER MAJORS, AN INDIVIDUAL,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE,
Respondents,
  and
J. MCDONALD CO., INC., A TEXAS CORPORATION, FOR ITSELF AND DERIVATIVELY ON BEHALF OF TROPICAL & LOSEE, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Real Party in Interest.

No. 82504

FILED

MAR 01 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order requiring petitioners to deposit disputed funds with the court clerk pending trial. Although the amount of the deposit was later increased, the order originated as a condition the district court imposed on its grant of petitioners' earlier motion to continue the trial date. Petitioners have also filed an emergency motion to stay the district court

proceedings pending our consideration of this petition, and real party in interest has filed an opposition to that motion.

Having considered the petition and supporting documentation, we conclude that our extraordinary and discretionary intervention is not warranted. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:    Hon. Mark R. Denton, District Judge
       Sklar Williams LLP
       Cleveland Terrazas PLLC
       Koch & Scow, LLC
       Eighth District Court Clerk

---

[1]In light of this order, petitioners' emergency stay motion is denied as moot.